To Whom This may Concern

On 3/27/23 I was revoked by Big K bail Bonds who failed to notify that I had Court By mail or my emergency Contact if Both the post master general and the phone records of my fathers phone who was my emergency contact that I was never given notice by mail nor by phone that I had Court. On 4/3/23 I called Jones County dispatch to make a report of threats of violence to me and my family. Jones County Contacted Stamford police Department and officer Medford Contacted me and asked me if I wanted him to come to my house or if I wanted to come to the Stamford police department. During the time he contacted me and I made it to the police department officer Medford ran a 29 (Warrant Check) for what reason I dont know because I was the victim as well as my family with threats of violence. When I got to the police department officer Medford doesnt Identify me nor his self nor does he take a statement or any evidence that I have to provide he goes into saying that I have a warrant and him and this uninformed officer who hasnt Identified himself start to try to restrain me so I run because im here making a report of violence and there trying to restrain me. I was then tazed and EMS was called and the EMT asked the officer what my name was and he couldnt give them my name but I had a warrant he had to get my ID out of my wallet all of this is on the officer Body Cam and the Stamford police Department Surveillance. When I got to the Jones County

①

after asking the officer 3 time to loosen my hand cuffs because I couldn't feel my hands but never did. When I got to the jail my hands are the color of this ink and so swollen that they almost had to cut them off because they couldn't get them off. The Jones County intake cameras and the body cam of my intake officer have evidence to prove this. On 4/6 I was magistrated on Resisting and Evading 2000 on each and Possession of <4>200g 7500 bond by Cheryl Guynsey. Then on 4/26 or 4/27 I was magistrated again by Cheryl Guynsey for a Stevens County MTR and the Bond was set at 2000 so I have 3 2000 bonds and a 7500 bond as of the 27th or 28th of April. On 5/1 @ Judge Bruston issued a warrant for possession >1g and the bond was set at 20,000 on 5/3 I went to Misdemeanor Court in Jones County for the resisting and Evading and was offered 30 day time served but I didn't accept the offer because I was assaulted by @ Stamford police and my Constitution right were violated when the officer ran my name illegally with no probable cause even after the arrest no action was taken towards threats to me and my family. On 5/3 I am still in Custody and I still haven't been magistrated on the possession >1g. On the 15th of May I was transported to Young County still no magistration. I have a legal document that is exactly the same except the 7500 has been marked out and replaced with 20000 the warrant # is 12048 which is not the Bond nor is even close and the Dates are exactly the same 4/6 well I didn't have a 20,000 Bond until 5/1 so how is it I have bond documents showing 4/6 and the warrant wasn't issued til 5/1.

②

On 6/13 I went to young county still have not been magistrated on CR-12081 in over 44 days which is a violation of my Constitutional right Miranda Vs Arizona and the attorney Mr McClendon tells me that they don't have to magistrate me that another magistration can be used. I asked Mr McClendon to look into the Texas Fair Defense Act 77th Legislature and he tells me he doesn't want to hear my bullshit very unprofessional and disrespectful. I refused 8 yrs TDC and 15 months state jail for 1 the dope was not found on me I was in the patrol car when the drugs were found in a womans purse who was in the truck. The DA Mrs Pevey tells me if I dont take whats on the table that she was going to Stack and Enhance. I have never had a drug charge and I ask for help and its denied I feel like this is a conspiracy amongst police agencys. ① The Bondsman had no reason to go off my Bond ② Stamford Police Department had no probable cause to run my name I was a victim and I was assaulted ③ Jones County County Attorney Chad Cowan offered to me 30 days time Served to dispose of the evidence that I had against Stamford Police Department and witnesses hearing Mr Cowan State while looking at me Guess were going to have to figure something out as well as not magistrating me on CR-12081 ④ As of 6/13/23 I have not been magistrated on CR-12081 in either Jones or Young County the warrant was issued on 5/1 But Jones County magistration papers show I have a 20,000 Bond on 4/16 But wasnt issued until 5/1

③

These Magistration papers are forged I can prove this

