UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CHRISTOPHER DANIEL,

    Petitioner,

v.       No. 1:23-CV-00149-H

YOUNG COUNTY SHERIFF,

    Respondent.

## ORDER

In its order separating pretrial habeas and civil-rights claims, the Court ordered Petitioner to file a complete amended petition for actions under 28 U.S.C. § 2241 or notify the Court that he wished to voluntarily dismiss this action under Federal Rule of Civil Procedure 41. *See* Dkt. No. 12. The Court informed Petitioner that failure to respond within 20 days would result in dismissal of this action without further notice. Petitioner responded with a letter stating that he has been released on bond and is no longer incarcerated. Dkt. No. 14. He also returned the provided form without completing it. Federal Rule of Civil Procedure 41(a) permits a petitioner to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. The Court finds that Petitioner's letter serves as a self-executing notice of voluntary dismissal under Rule 41(a). Alternatively, the Court finds that the petition must be dismissed as moot because he is no longer in custody.

    The Clerk is directed to close this case and terminate any pending motions.

    So ordered.

    Dated December 5, 2023.

JAMES WESLEY HENDRIX
United States District Judge